**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00397-CV

### BARBARA SIPRIANO, Appellant

### V.

### REGIONAL FINANCE CORPORATION OF TEXAS AND ABEL GARCIA, Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-02841-D**

## ORDER

We **GRANT** appellant's unopposed motion for second extension of time to file reply brief and **ORDER** the reply brief tendered to the Clerk of the Court December 7, 2015 filed as of the date of this order.

/s/    CRAIG STODDART
           JUSTICE